**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSEPH WILBER,

    Plaintiff,

vs.   CASE NO. 3:16-cv-604-J-34JBT

MID AMERICA BANKING CORPORATION,

    Defendant,
_____/

**DEFENDANT'S, MID AMERICA BANKING CORPORATION**
**NOTICE OF SETTLEMENT**

Defendant, MID AMERICA BANKING CORPORATION, by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, submits this Notice of Settlement, and respectfully notifies the Court that Plaintiff JOSEPH WILBER and Defendant have reached a tentative settlement of the claims and issues between them. Counsel for Defendant anticipates that the parties will submit dismissal papers no later than December 31, 2016.

WHEREFORE, Defendant respectfully submits this Notice of Settlement and requests the court remove any pending case management related dates from the docket.

    Respectfully submitted,

Dated:  November 9, 2016   s/ Spensyr Ann Krebsbach
    _____
    SPENSYR ANN KREBSBACH, ESQUIRE

        Florida Bar No. 85132
spensyr.mayfield@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida   32801
407-203-7599 - Phone
407-648-1376 - Facsimile
Attorneys for Defendant,
Mid America Banking Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: **Amanda J. Allen, Esquire** (amanda@theconsumerprotectionfirm.com, nancy@theconsumerprotectionfirm.com), The Consumer Protection Firm, PLLC (Attorneys for Plaintiff and **Octavio Gomez, Esquire** (tgomez@forthepeople.com) Morgan & Morgan, PA (Co-Counsel for Plaintiff).

    /s/ Spensyr Ann Krebsbach
NICHOLAS D. FREEMAN
Florida Bar No.: 118620
nicholas.freeman@wilsonelser.com
SPENSYR ANN KREBSBACH
Florida Bar No. 85132
spensyr.krebsbach@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida  32801
Telephone:   (407) 203-7599
Facsimile:    (407) 648-1376
Attorneys for Defendant, MID AMERICA BANKING CORPORATION

SAK/ach